IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HEALTHCARE INTEGRITY, LLC, and
DAVID CONEJO,

    Plaintiffs,

v.                                                  Civ. No. 20-0750 KG/LF

REHOBETH MCKINLEY CHRISTIAN
HEALTH CARE SERVICES, INC.,
LAURA HAMMONS, VALORY WANGLER,
MARY POEL, NEIL JACKSON,
FELICIA ADAMS, and JAYLYN ELLIS,

    Defendants.

## ORDER ON EXTENSIONS OF TIME TO FILE ANSWER

The parties recently stipulated to an extension of time, through and including September 21, 2022, for Defendants to answer the Amended Complaint. (Doc. 76). This case was filed on July 23, 2020, and discovery has not yet commenced. In the interest of securing the just and speedy determination of this case, *see* Fed. R. Civ. P. 1, any additional extension will not be allowed unless by motion for leave of Court and a showing of good cause.

IT IS SO ORDERED.

                                                                           UNITED STATES DISTRICT JUDGE