IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HEALTH CAR INTEGRITY, LLC, *et al.*,

    Plaintiffs,

vs.      No. 20-cv-00750-KG-LF

REHOBOTH McKINLEY CHRISTIAN HEALTH
CARE SERVICES, INC., *et al.*,

    Defendants.

## ORDER SETTING A TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **MONDAY, SEPTEMBER 19, 2022, AT 10:00 A.M.** Please call the Court's AT&T conference line at 1-888-398-2342, using access code 9614892, to be connected to the proceedings.

_____
UNITED STATES DISTRICT JUDGE