IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HEALTHCARE INTEGRITY, LLC and
MR. CONEJO,

        Plaintiffs,

vs.                                      CIV No. CIV-20-00750-KG/LF

REHOBOTH MCKINLEY CHRISTIAN
HEALTH CARE SERVICES, INC.,
LAURA HAMMONS, VALORY WANGLER,
MARY POEL, NEIL JACKSON,
FELICIA ADAMS, and JAYLYN ELLIS.

        Defendants.

**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT AND SETTING DEADLINE FOR PLAINTIFFS TO SUBMIT <u>INITIAL SETTLEMENT DEMAND TO DEFENDANTS</u>**

        The Court having conducted a status conference on September 19, 2022, and having heard from counsel for both Parties, has determined that good cause exists to grant an extension for Defendants to respond to the Second Amended Complaint to October 17, 2022. The Parties are engaging in settlement discussions. Plaintiffs will submit an initial settlement demand to Defendants by September 30, 2022.

        WHEREFORE, it is ORDERED that:

        1.     The deadline to respond to Plaintiffs' Second Amended Complaint is extended to October 17, 2022.

        2.     Plaintiffs will submit an initial settlement demand to Defendants' counsel by September 30, 2022.

                                                                              _____
                                                                                UNITED STATES DISTRICT JUDGE

Submitted by:

MILLER STRATVERT, P.A.

/s/ Laura R. Ackermann
Richard L. Alvidrez
Thomas R. Mack
Laura R. Ackermann
P.O. Box 25687
Albuquerque, NM 87125
(505) 842-1950
(505) 243-4408 (facsimile)
ralvidrez@mstlaw.com
tmack@mstlaw.com
lackermann@mstlaw.com
Attorneys for Defendants

Approved via email by:

ROBLES, RAEL & ANAYA, P.C.

 /s/ Philomena Hausler
Philomena Hausler
Luis Robles
500 Marquette Ave., NW, Suite 700
Albuquerque, New Mexico 87102
(505) 242-2228
(505) 242-1106 (facsimile)
luis@roblesrael.com
philomena@roblesrael.com

Attorneys for Plaintiffs