IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**HEALTHCARE INTEGRITY, LLC** and
**DAVID CONEJO,**

    Plaintiffs,

vs.                                                      Case No.: 1:20-cv-00750-KG-LF

**REHOBOTH MCKINLEY CHRISTIAN**
**HEALTH CARE SERVICES, INC.,**
**LAURA HAMMONS,**
**VALORY WANGLER,**
**MARY POEL,**
**NEIL JACKSON,**
**FELICIA ADAMS** and
**JAYLYN ELLIS,**

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the Parties' Stipulation of Dismissal of All Claims with Prejudice. The Court, being advised that Plaintiffs and all Defendants have compromised and resolved all issues in dispute between the Parties, including all claims that could have been brought in this proceeding, with each party to bear the party's respective attorneys' fees and costs. The Court is further advised that Plaintiffs and Defendant Rehoboth McKinley Christian Health Care Services, Inc. have further stipulated that the Court shall retain jurisdiction over this matter for eight (8) months from entry of this order for purposes of enforcing the payment terms of the settlement. The Court being otherwise fully advised in the premises, finds that the Stipulation is well-taken and should be adopted as the order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Parties' Stipulation of Dismissal of All Claims with Prejudice is hereby adopted as the order of this Court and that all claims raised herein by Plaintiffs against all Defendants, together with all claims that could have been brought, are hereby dismissed with prejudice, with each party to bear its respective attorneys' fees and costs.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court shall retain jurisdiction over Plaintiffs and Defendant Rehoboth McKinley Christian Health Care Services, Inc. for a period of eight (8) months following entry of this order for purposes of enforcing the payment terms of the settlement.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
ROBLES, RAEL & ANAYA, P.C.
By:   /s/ Luis Robles
      Luis Robles
      Philomena Hausler
      Robles, Rael & Anaya, P.C.
      500 Marquette Avenue NW Suite 700
      Albuquerque, NM 87102
      Telephone: (505) 242-2228
      *Attorneys for Plaintiffs*

Approved as to form:
MILLER STRATVERT P.A.
By:   /s/ Laura Ackermann
      Richard L. Alvidrez
      Laura R. Ackermann
      P.O. Box 25687
      Albuquerque, NM 87125-0687
      Telephone: (505) 842-1950
      *Attorneys for Defendants*